■ In the Matter of CARISTO CONSTRUCTION CORP., Respondent, v. CHARLES H. SILVER, as President of the Board of Education of the City of New York, et al., Appellants. In the Matter of CARISTO CONSTRUCTION CORPORATION, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.—

Beldock,
Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.